NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ALLOY VENTURES, ARIOSA DIAGNOSTICS, INC,
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY, DOMAIN
PARTNERS VIII, L.P., DP VIII ASSOCIATES, L.P.,
MOHR DAVIDOW VENTURES, NATERA, INC.,
SUTTER HILL VENTURES, VENROCK
ASSOCIATES V, L.P., VENROCK
ENTREPRENEURS FUND V, L.P., VENROCK
HEALTHCARE CAPITAL PARTNERS, L.P., VHCP
CO-INVESTMENT HOLDINGS, LLC, AND
VERINATA HEALTH, INC.,
*Plaintiffs-Appellees,*

AND

DNA DIAGNOSTICS CENTER, INC.,
*Counterclaim Defendant-Appellee,*

v.

SEQUENOM, INC., AND SEQUENOM CENTER FOR
MOLECULAR MEDICINE, LLC
*Defendants-Appellants,*

AND

ISIS INNOVATION LIMITED,
*Defendant.*

---

2                        SEQUENOM, INC. v. ARIOSA DIAGNOSTICS, INC.

2014-1139, -1142, -1144

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:11-cv-00132, 3:11-cv-00865, and 3:11-cv-06391, Judge Susan Y. Illston.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

**O R D E R**

Upon consideration of Sequenom, Inc.'s unopposed motion to consolidate appeal 2014-1139 with appeals 2014-1142 and 2014-1144,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above. The appeals shall be argued as a single case.

(2) Sequenom, Inc.'s opening brief is due within 60 days from the date of this order.

                               FOR THE COURT

                               /s/ Daniel E. O'Toole
                               Daniel E. O'Toole
                               Clerk of Court

s26