NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ARIOSA DIAGNOSTICS, INC., NATERA, INC. AND VERINATA HEALTH, INC.,
*Plaintiffs-Appellees,*

AND

DNA DIAGNOSTICS CENTER, INC.,
*Counterclaim Defendant-Appellee,*

AND

THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,
*Plaintiff,*

v.

SEQUENOM, INC. AND SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,
*Defendants-Appellants,*

AND

ISIS INNOVATION LIMITED,
*Defendant.*

---

2014-1139, -1142, -1144

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:11-cv-06391-SI, 3:12-cv-00132-SI, and 3:12-cv-00865-SI, Judge Susan Y. Illston.

## ON MOTION

## O R D E R

Appellees move for a 60-day extension of time until May 5, 2014 to file their responsive briefs. Appellants oppose. Appellees reply. Biotechnology Industry Organization ("BIO") and San Diego Intellectual Property Law Association ("SDIPLA") move to file briefs as amicus curiae in support of appellants. Appellants consent, and appellees do not oppose if their motion for an extension of time is granted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) BIO's and SDIPLA's motions are granted.

(2) Appellees' motion for an extension of time is granted. No further extensions should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30