# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 22, 2016

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

**RECEIVED**

**MAR 07 2016**

United States Court of Appeals
For The Federal Circuit

Re: Sequenom, Inc.
  v. Ariosa Diagnostics, Inc., et al.
  Application No. 15A871
  (Your No. 2014-1139, 2014-1144)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on February 22, 2016, extended the time to and including April 1, 2016.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Eric F. Citron
Goldstein & Russell, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814


Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
02/23/2016
US POSTAGE $000.48⁵

FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120021

RECEIVED
2016 MAR -7 AM 7: 53
T OF APPEALS
FEDERAL CIRCUIT

United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439